IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00257-RN

RICARDO VEGA,

    Plaintiff,

v.

WAKE COUNTY GOVERNMENT, et al.,

    Defendant.

**ORDER**

During the January 16, 2015 Status Conference, Defendants requested that the deadline for filing dispositive motions be stayed until the court has ruled on the various motions pending before it. The court has considered the Defendants' request and is of the opinion that the request should be granted.

Therefore, it is ordered that the deadline for filing dispositive motions contained in the Scheduling Order is stayed. If necessary, the court will hold a status conference after it rules on the pending motions to discuss the need for additional time for discovery and an appropriate deadline for filing dispositive motions.

Dated: January 16, 2015

                                            Robert T. Numbers, II
                                            United States Magistrate Judge