IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00257-RN

RICARDO VEGA,

    Plaintiff,

v.

WAKE COUNTY GOVERNMENT, et al.,

    Defendant.

**ORDER**

On March 27, 2015, this Court issued an order directing Defendant Wake County Government to confer with Plaintiff Ricardo Vega about whether the matters raised in two pending motions have been resolved. (D.E. 65 at 16.) As directed, Counsel for Wake County has submitted a letter informing the court that the parties agree the issues raised by Wake County's Motion to Quash (D.E. 43) and Vega's Motion for Protective Order (D.E. 49) are now moot. Accordingly, the Motion to Quash (D.E. 43) and the Motion for Protective Order (D.E. 49) are dismissed as moot.

Dated: April 2, 2015

*Robert T. Numbers II*

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE