UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RICARDO F. VEGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 5:14-CV-257-RN |
| WAKE COUNTY GOVERNMENT, ) | |
| JIM HARTMAN, RAMON ROJANO ) | |
| AND WARREN LUDWIG, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before Magistrate Judge Robert T. Numbers, II for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Wake County's Motion for Summary Judgment [D.E. 72] is granted and Vega's Motion for Summary Judgment [D.E. 67] is denied. The Clerk of Court is directed to close this case.

This Judgment Filed and Entered on August 19, 2015 with service on:
Ricardo F. Vega (via U.S. Mail at 7049 Jeffreys Creek Lane, Raleigh, NC 27616)
Jennifer M. Jones (via CM/ECF Notice of Electronic Filing)
Roger A. Askew (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

_____
Lauren Herrmann, Deputy Clerk